UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

DANA HOYLE MACLELLAN,

    Debtor.

_____/

Case No. HT 07-03940

### ORDER RE: AUGUST 9, 2012 APPLICATION - UNCLAIMED FUNDS

At a session of said Court of Bankruptcy, held in and for said district on ___AUG 1 4 2012___.

PRESENT:    HONORABLE JEFFREY R. HUGHES
                   United States Bankruptcy Judge

      On August 9, 2012, Dilks & Knopik, LLC filed a document entitled "Application for Release of Unclaimed Funds." The application is filed on behalf of the receiver for Mann Bracken LLP, which in turn was the surviving entity in a merger involving Wolpoff & Abramson, LLP.

      The receiver purports to be collecting a debt owed by Debtor to Wolpoff & Abramson LLP. However, the court's review of its records indicate that the debt was owed to Great Seneca Financial Corp. and that Wolpoff & Abramson were only collecting the debt on Great Seneca's behalf.

      Therefore, for the reasons stated, the August 9, 2012 application is DENIED.

                                            _____ 8/14/12
                                            Hon. Jeffrey R. Hughes
                                            United States Bankruptcy Judge

A copy of this order has been served by the court pursuant to first-class United States mail upon:

Brian J. Dilks
Dilks & Knopik, LLC
1760 Newport Way NW
P.O. Box 2728
Issaquah, WA 98027